JOHN H. SPENCER, Appellant, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

*Spencer* v. *N. Y. C. & H. R. R. R. Co.*, 123 App. Div. 789, affirmed.
(Argued November 17, 1909; decided December 7, 1909.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered January 24, 1908, which reversed a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial and granted a new trial in an action to recover for personal injuries alleged to have been sustained through defendant's negligence.

*Stephen C. Baldwin* for appellant.

*Robert A. Kutschbock* and *Charles C. Paulding* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ